Page 1

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Beal, France M | Case Number:  07 B 14596 |
| | Judge:  Hollis, Pamela S |
| Printed: 02/24/09 | Filed:  8/13/07 |

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  December 17, 2008
Confirmed:  January 28, 2008

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,833.03 | |
| Secured: | | 6,290.48 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 597.61 |
| Other Funds: | | 944.94 |
| Totals: | 10,833.03 | 10,833.03 |

### DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 3,000.00 | 3,000.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Sierra View Holdings Inc | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 6. | S R Financial | Secured | 600.00 | 250.05 |
| 7. | Sierra View Holdings Inc | Secured | 8,120.15 | 2,390.49 |
| 8. | Countrywide Home Loans Inc. | Secured | 12,398.28 | 3,649.94 |
| 9. | Internal Revenue Service | Priority | 3,241.69 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority | 709.29 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 1,048.24 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 197.80 | 0.00 |
| 13. | Illinois Lending Corporation | Unsecured | 622.13 | 0.00 |
| 14. | GE Money Bank | Unsecured | 1,493.65 | 0.00 |
| 15. | Midwest Physician Group | Unsecured | 598.70 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 6,609.76 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 768.00 | 0.00 |
| 18. | United States Dept Of Education | Unsecured | 742.54 | 0.00 |
| 19. | America's Financial Choice Inc | Unsecured | 603.00 | 0.00 |
| 20. | Monroe & Main | Unsecured | 379.63 | 0.00 |
| 21. | Ginny's | Unsecured | 378.24 | 0.00 |
| 22. | Midnight Velvet | Unsecured | 349.42 | 0.00 |
| 23. | Illinois Dept of Revenue | Unsecured | 143.40 | 0.00 |
| 24. | NCI | Unsecured | 654.35 | 0.00 |
| 25. | City Of Chicago | Unsecured | | No Claim Filed |
| 26. | Accelerated Rehab Centers | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Beal, France M

Printed: 02/24/09

Case Number:  07 B 14596
Judge:  Hollis, Pamela S
Filed:  8/13/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 28. | Chicago Post Office Employee C U | Unsecured | | No Claim Filed |
| 29. | Christ Hospital | Unsecured | | No Claim Filed |
| 30. | Chicago Ortho & Sports Medicine | Unsecured | | No Claim Filed |
| 31. | Smith Kline & Beechman | Unsecured | | No Claim Filed |
| 32. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 33. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 34. | Midamerica Cardiovascular Consultants | Unsecured | | No Claim Filed |
| 35. | Swiss Colony | Unsecured | | No Claim Filed |
| 36. | Source One Credit Union | Unsecured | | No Claim Filed |
| 37. | Pathology CHP S C | Unsecured | | No Claim Filed |
| 38. | St James Hospital | Unsecured | | No Claim Filed |
| 39. | University Of Illinois Medical | Unsecured | | No Claim Filed |
| 40. | State Farm Insurance Co | Unsecured | | No Claim Filed |
| 41. | University of Chicago | Unsecured | | No Claim Filed |
| 42. | Matthew Ellis | Unsecured | | No Claim Filed |
| | | | $ 42,658.27 | $ 9,290.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 229.33 |
| 6.5% | 261.67 |
| 6.6% | 106.61 |
| | $ 597.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*